UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GINA HOWDEN, | ) | CASE NO. C06-0252-JLR-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | RESPONDENTS' MOTION FOR |
| DONNA CAYER, and | ) | EXTENSION OF TIME |
| BELINDA STEWART, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

The Court, having considered respondents' motion for extension of time, and the balance of the record, does hereby find and ORDER as follows:

(1)   Respondents' motion for an extension of time to file an answer to petitioner's federal habeas petition (Dkt. Nos. 13) is GRANTED.  Respondents are directed to file and serve their answer to the petition not later than *July 26, 2006*.  Once respondents file their answer, petitioner will have an opportunity to file a response to the answer as explained in this Court's Order for Service and Answer, dated May 8, 2006.  (*See* Dkt. No. 8).

(2)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondents, and to the Honorable James L. Robart.

DATED this 7th day of July, 2006.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENTS'
MOTION FOR EXTENSION OF TIME
PAGE -1