UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GINA HOWDEN, | CASE NO. C06-0252-JLR-MAT |
| Petitioner, | |
| v. | ORDER |
| DONNA CAYER and BELINDA STEWART, | |
| Respondents. | |

Respondents filed their answer to petitioner's petition on July 26, 2006. (Dkt. 16) Pursuant to local Civil Rule 7(d)(3), respondents' answer is to be treated as a dispositive motion and noted for the fourth Friday after filing, or in this instance August 18, 2006. Petitioner filed a letter on August 17, 2006 (Dkt. 17), indicating that she awaited word from the court regarding the deadline for when she should file an opposition response.

Petitioner is advised that the deadline for filing a response has already been provided to her. In paragraph 3 of the court's Order for Service and Answer, § 2254 Petition (Dkt. 8) issued on May 8, 2006, petitioner was advised that any response would be due no later than the Monday before the noting date, or in this instance, August 14, 2006.

ORDER
PAGE -1

01  Since it appears from petitioner's letter that this instruction was overlooked, the court

02 construes petitioner's letter as a motion to continue the noting date, and will renote respondents'

03 Answer for Friday, October 20, 2006.  Petitioner's response is due no later than <u>Monday,

04 October 16, 2006</u>, and respondents' reply is due on the noting date itself.  If petitioner has any

05 questions pertaining to the deadline for her response, she should review the local Civil Rule

06 7(d)(3) and the General Order issued by the court on May 8, 2006.

07  Absent extraordinary circumstances, no further extensions will be granted.

08  DATED this <u>21st</u> day of September, 2006.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2