06-CV-00252-ANS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GINA HOWDEN, | ) | CASE NO. C06-0252-JLR |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING § 2254 PETITION |
| | ) | |
| DONNA CAYER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, petitioner's reply, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Petitioner's petition for a writ of habeas corpus (Dkt. #5 and #7) is DENIED with prejudice; and

/ / /

/ / /

ORDER DENYING § 2254 PETITION
PAGE -1

01  (3)  The Clerk is directed to send a copy of this Order to petitioner, to counsel for

02  respondent, and to Judge Theiler.

03  DATED this 15th day of _____December_____, 200__.

_____
JAMES L. ROBART
United States District Judge

ORDER DENYING § 2254 PETITION
PAGE -2